**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **JERRY D. ENNIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 07-CV-0436-CVE-PJC |
| ) | |
| **WELL RENEWAL, INC., an Oklahoma** ) | |
| **Suspended corporation and WELL** ) | |
| **RENEWAL, INC., a Delaware** ) | |
| **corporation,** ) | |
| ) | |
| **Defendants.** ) | |

**OPINION AND ORDER**

In his Motion to Issue Writ of Execution on Personal Property and Equipment Located on Oil and Gas Lease Known as the Ross/Payne Lease (Dkt. # 51), plaintiff seeks issuance of a writ of execution on the personal property located on the Ross/Payne Lease, which encompasses the North Half of the Northeast Quarter (N/2 NE/4) of Section 11, Township 24 North, Range 17 East, Rogers County, State of Oklahoma.  Specifically, Plaintiff seeks to execute on and sell any of the following items found on the lease:

| | |
|---|---|
| Well Head | Separators |
| Pump Jacks | Gunbarrel |
| Pumps | Distribution Lines |
| Motors | Flow Lines |
| Casing | Water Lines |
| Tubing | Fixtures |
| Rods | Platforms |
| Storage Tanks | Machinery |
| Vessels | Tools and Other Equipment |
| Boilers | |
| Gauges | |
| Valves | |
| Heaters | |
| Treaters | |

United States Magistrate Judge T. Lane Wilson entered a Report and Recommendation (Dkt. # 79) on said motion. In his Report and Recommendation, the magistrate judge recommended that plaintiff's motion be granted. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), objections to the Report and Recommendation were due on March 4, 2009, and no party has filed an objection. The Court has independently reviewed the Report and Recommendation, and finds no reason to modify or reject it.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (Dkt. # 79) is **accepted**. Plaintiff's Motion to Issue Writ (Dkt. # 51) is **granted,** and the Court Clerk is directed to issue a Writ of Execution directing the U.S. Marshal to take possession of the above described property, cause said property to be sold by public sale on the steps of the Rogers County Courthouse, and apply the sale proceeds toward the satisfaction of plaintiff's judgment.

**DATED** this 13th day of March, 2009.

_____
CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT