**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **JERRY D. ENNIS,** | ) |
| | ) |
|         **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 07-CV-0436-CVE-PJC |
| | ) |
| **WELL RENEWAL, INC.**, an Oklahoma | ) |
| **Suspended corporation and WELL** | ) |
| **RENEWAL, INC.**, a Delaware | ) |
| **corporation,** | ) |
| | ) |
|         **Defendants.** | ) |

## OPINION AND ORDER

In his Motion to Issue Writ of Execution on Personal Property and Equipment Located on Oil and Gas Lease Known as the Ross Lease (Dkt. # 58), plaintiff seeks issuance of a writ of execution on the personal property located on the Ross Lease, which encompasses the East Half of the Southwest Quarter of the Southeast Quarter (E/2 SW/4 SE/4) and the Southwest Quarter of the Southwest Quarter of the Southeast Quarter (SW/4 SW/4 SE/4) of Section 7, Township 24 North, Range 17 East, Rogers County, State of Oklahoma. United States Magistrate Judge T. Lane Wilson entered a Report and Recommendation (Dkt. # 80) on said motion. In his Report and Recommendation, the magistrate judge recommended that plaintiff's motion be denied. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), objections to the Report and Recommendation were due on March 9, 2009, and no party has filed an objection. The Court has independently reviewed the Report and Recommendation, and finds no reason to modify or reject it.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (Dkt. # 80) is **accepted**.  Plaintiff's Motion to Issue Writ (Dkt. # 58) is **denied**.

**DATED** this 13th day of March, 2009.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT